George JOHNSON, Plaintiff—
Appellant,

v.

DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONAL SERVICES,
Defendant—Appellee.

No. 05–6362.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 21, 2005.

Decided Oct. 18, 2005.

George Johnson, Appellant Pro Se.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

George Johnson appeals the district court's order denying relief on his 42

828

U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Johnson v. Dep't of Public Safety,* No. CA–05–279–WDQ (D.Md. Feb. 16, 2005). We deny Johnson's motions for summary judgment and for oral argument. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*